IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JESUS GREGORIO RUIZ ALVAREZ,<br>JOSE SANCHEZ, *Next Friend for Petitioner*, | * |
| | * |
| Petitioners, | Case No. 4:26-CV-00228-CDL-AGH |
| v. | * |
| WARDEN JASON STREEVAL, | * |
| Respondent. | * |

## J U D G M E N T

Pursuant to this Court's Order dated June 16, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 16th day of June, 2026.

David W. Bunt, Clerk


s/ Angelica E. Niccolai, Deputy Clerk